Eileen M. Diepenbrock (SBN 119254)
DIEPENBROCK ELKIN LLP
400 Capital Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-2640
Email: emd@diepenbrock.com

Lewis K. Loss (*pro hac vice*)
Jeffrey J. Ward (*pro hac vice*)
Charles W. Chotvacs (*pro hac vice*)
THOMPSON, LOSS & JUDGE, LLP
Two Lafayette Center
1133 21st Street, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
Email:  lloss@tljlaw.com
        jward@tljlaw.com
        cchotvacs@tljlaw.com

Attorneys for Progressive Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORTION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>    Defendants. | Case No. 2012-cv-00713-MCE-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT AND TO CONDUCT RULE 26(f) CONFERENCE**<br><br>Hon. Morrison C. England |

- 1 -

This stipulation is made in the context of the following facts:

Plaintiff Progressive Casualty Insurance Company ("Progressive") accomplished service on Defendant Federal Deposit Insurance Corporation, as Receiver for Pacific State Bank (the "FDIC"), on March 26, 2012. *See* Docket No. 25. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the FDIC has 60 days from service to respond to Progressive's complaint – until May 25, 2012. Progressive has previously consented to extensions for the 15 individually named defendants (the "Directors and Officers") until one week after the FDIC's response date – until June 1, 2012. Further, the Court's March 22, 2012 Order Requiring Joint Status Report requires the parties to hold a Rule 26(f) Conference "[w]ithin sixty (60) days of service of the complaint on any party," *see* Docket No. 6, which coincides with the FDIC's current response date of May 25, 2012. The FDIC now has requested a brief extension of time to respond to the complaint, and Progressive does not object. In light of the FDIC's request, the Parties respectfully submit that an overall adjustment to the initial schedule is appropriate.

IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. WHEREAS, the FDIC is required to respond to the complaint by May 25, 2012;

2. WHEREAS, the Directors and Officers have been granted extensions to respond to the complaint until one week after the FDIC's response date – until June 1, 2012;

3. WHEREAS, the Court's Order Requiring Joint Status Report requires the Parties to hold a Rule 26(f) Conference by May 25, 2012;

4. WHEREAS, good cause exists to extend the deadlines for the FDIC and the Directors and Officers to file their responsive pleadings to Progressive's complaint; and

5. WHEREAS, an extension of the deadline to conduct the Rule 26(f) Conference, until two weeks after all of the Defendants have responded to the complaint, will afford the Parties a reasonable time to assess the various responsive pleadings and

- 2 -

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT AND TO CONDUCT RULE 26(f) CONFERENCE**

DIEPENBROCK ELKIN, LLP

positions taken therein, which, in turn, will better enable the Parties to effectively confer about scheduling and management of the case going forward.

THEREFORE, contingent upon the Court's permission, the Parties have stipulated that:

1. The FDIC will respond to the complaint by June 8, 2012;
2. The Directors and Officers will respond to the complaint by June 15, 2012; and
3. The Parties shall have until June 29, 2012 to conduct the Rule 26(f) Conference required by the Court's Order Requiring Joint Status Report.

**So Stipulated.**

Dated: May 24, 2012  Diepenbrock Elkin LLP,

By: /s/ *Eileen M. Diepenbrock*
Eileen M. Diepenbrock
Attorneys for Plaintiff Progressive Casualty Insurance Company

Dated: May 24, 2012  Thompson, Loss & Judge, LLP

By: /s/ *Charles W. Chotvacs*
Charles W. Chotvacs
Attorneys for Plaintiff Progressive Casualty Insurance Company

Dated: May 24, 2012  Murphy, Pearson, Bradley, & Feeney

By: /s/ *James F. Monagle* (as authorized on 5/24/12)
James F. Monagle
Attorneys for Defendant Federal Deposit Insurance Corporation, as Receiver for Pacific State Bank

| | |
|---|---|
| Dated: May 24, 2012 | Tisdale & Nicholson, LLP |
| | By: /s/ *Kevin D. Hughes* (as authorized on 5/24/12)<br>Kevin D. Hughes<br>Attorneys for Defendants Michael Dalton,<br>Maxwell Freeman, Harold Hand, Patricia Hatton,<br>Steven Kikuchi, Yoshikazu Mataga,<br>Russell Munson, and George Schofield |
| Dated: May 24, 2012 | Corbin, Athey & Martinez LLP |
| | By: /s/ *Joel M. Athey* (as authorized on 5/24/12)<br>Joel M. Athey<br>Attorneys for Defendants Rick Simas<br>and Linda Ogata |
| Dated: May 24, 2012 | Law Office of Kenneth N. Meleyco |
| | By: /s/ *Kenneth N. Meleyco* (as authorized on 5/24/12)<br>Kenneth N. Meleyco<br>Attorneys for Defendants Justin Garner,<br>Gary Stewart, and Laura Maffei |
| Dated: May 24, 2012 | Hakeem, Ellis & Marengo |
| | By: /s/ *Albert M. Ellis* (as authorized on 5/24/12)<br>Albert M. Ellis<br>Attorneys for Defendant Steven Rosso |

1  Dated:  May 24, 2012                         Law Office of Michael F. Babitzke

3                                          By: /s/ *Michael F. Babitzke* (as authorized on 5/24/12)
4                                                  Michael F. Babitzke
                                                Attorneys for Kathleen Verner

## **ORDER**

**IT IS SO ORDERED.**

Dated:  May 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE