AARON K. McCLELLAN
Ca. State Bar No. 197185
THOMAS P. MAZZUCCO
Ca. State Bar No. 139758
HARLAN B. WATKINS
Ca. State Bar. No. 176458
**MURPHY PEARSON BRADLEY & FEENEY, P.C.**
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: amcclellan@mpbf.com
       tmazzucco@mpbf.com
       hwatkins@mpbf.com

ANDREW M. REIDY
CATHERINE J. SERAFIN
JEFFREY L. SCHULMAN
(*pro hac applications to be submitted*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
       serafinc@dicksteinshapiro.com
       schulmanj@dicksteinshapiro.com

Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific State Bank

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>    Defendants. | CASE NO. 2:12-cv-00713-MCE-CKD<br><br>Assigned to the<br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO CONTINUE FRCP RULE 26(F) CONFERENCE; ORDER** |

IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. WHEREAS, per the Court's Order Requiring Joint Status Report [Dkt 6], and subsequent Order based on the parties' stipulation [Dkt 27], the parties are currently required to hold a Rule 26(f) Conference by June 29, 2012;

2. WHEREAS, all of the Defendants have filed motions to dismiss, or, in the alternative, to stay this action, and/or joinders to the motions to dismiss or stay, which are currently scheduled for hearing before this Court on September 6, 2012;

3. WHEREAS, good cause exists to extend the current deadline to conduct the Rule 26(f) Conference, until such time as all Defendants' currently pending Motions to Dismiss or Stay this action are heard and the Court issues its rulings upon the pending Motions,

THEREFORE, contingent upon the Court's permission, the Parties have stipulated that:

The Parties shall have until thirty (30) days following the Court's rulings upon the Defendants' pending Motions to Dismiss or Stay to conduct the Rule 26(f) Conference required by the Court's Order Requiring Joint Status Report.

**So Stipulated.**

DATED:  June 25, 2012                    MURPHY PEARSON BRADLEY & FEENEY, P.C.

By */s/ Aaron K. McClellan*
Aaron K. McClellan
Murphy, Pearson, Bradley & Feeney, P.C.
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone:  415-788-1900
Facsimile:  415-393-8087
Email:  amcclellan@mpbf.com

DICKSTEIN SHAPIRO LLP

Attorneys for the Federal Deposit Insurance
Corporation as Receiver for Pacific State Bank

DATED:  June 25, 2012                    DIEPENBROCK ELKIN LLP

By */s/ Eileen M. Diepenbrock*
Eileen M. Diepenbrock
Attorneys for Plaintiff Progressive Casualty
Insurance Company

- 2 -

STIPULATION TO CONTINUE FRCP RULE 26(F) CONFERENCE; ORDER

| | |
|---|---|
| 1   DATED: June 25, 2012 | THOMPSON, LOSS & JUDGE, LLP |

By */s/ Charles W. Chotvacs*
    Charles W. Chotvacs
    Attorneys for Plaintiff Progressive Casualty
    Insurance Company

DATED: June 25, 2012    TISDALE & NICHOLSON, LLP

By */s/ Linda J. Kim, Esq.*
    Linda J. Kim
    Attorneys for Defendants Rick
    Simas, Linda Ogata, Michael Dalton,
    Maxwell Freeman, Harold Hand, Patricia Hatton,
    Steven Kikuchi, Yoshikazu Mataga, Russell
    Munson, and George Schofield

DATED: June 25, 2012    LAW OFFICE OF KENNETH N. MELEYCO

By */s/ Kenneth N. Meleyco*
    Kenneth N. Meleyco
    Attorneys for Defendants Justin Garner,
    Gary Stewart, and Laura Maffei

DATED: June 25, 2012    HAKEEM, ELLIS & MARENGO

By */s/ Albert M. Ellis*
    Albert M. Ellis
    Attorneys for Defendant Steven Rosso

DATED: June 25, 2012    LAW OFFICE OF MICHAEL F. BABITZKE

By */s/ Michael F. Babitzke*
    Michael F. Babitzke
    Attorneys for Kathleen Verner

## ORDER

**IT IS SO ORDERED.**

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION TO CONTINUE FRCP RULE 26(F) CONFERENCE; ORDER