1 AARON K. MCCLELLAN
Ca. State Bar No. 197185
2 THOMAS P. MAZZUCCO
Ca. State Bar No. 139758
3 HARLAN B. WATKINS
Ca. State Bar. No. 176458
4 **MURPHY PEARSON BRADLEY & FEENEY, P.C.**
88 Kearny Street, 10th Floor
5 San Francisco, CA 94108
Telephone: (415) 788-1900
6 Facsimile: (415) 393-8087
Email: amcclellan@mpbf.com
7         tmazzucco@mpbf.com
        hwatkins@mpbf.com
8
ANDREW M. REIDY (*pro hac vice*)
9 CATHERINE J. SERAFIN (*pro hac vice*)
JEFFREY L. SCHULMAN (*pro hac vice*)
10 **DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
11 Washington, DC 20006
Telephone: (202) 420-2200
12 Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
13         serafinc@dicksteinshapiro.com
        schulmanj@dicksteinshapiro.com
14
Attorneys for the Federal Deposit Insurance Corporation as
15 Receiver for Pacific State Bank

16 **UNITED STATES DISTRICT COURT**

17 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18 PROGRESSIVE CASUALTY INSURANCE COMPANY, | CASE NO. 2:12-cv-00713-MCE-CKD |
| 19 | Assigned to the Hon. Morrison C. England, Jr. |
| 20         Plaintiff, | |
| 21 v. | |
| 22 MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK, | **ORDER GRANTING EX PARTE REQUEST FOR CONTINUANCE OF HEARING** |
| 28         Defendants. | |

- 1 -

ORDER GRANTING EX PARTE REQUEST FOR CONTINUANCE OF HEARING

1   Having considered the *ex parte* application of Defendant FEDERAL DEPOSIT INSURANCE
2   CORPORATION, AS RECEIVER FOR PACIFIC STATE BANK ("FDIC") to continue the hearing
3   on Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY's Motion for Summary
4   Judgment, and all related papers submitted to this Court, and upon a finding of good cause, IT IS
5   HEREBY ORDERED THAT:

6   The FDIC's *ex parte* application is GRANTED.  PROGRESSIVE CASUALTY INSURANCE
7   COMPANY's Motion for Summary Judgment (ECF No. 44) is DENIED without prejudice to refiling
8   after the Court renders a decision on Defendants' pending motions to dismiss or stay this action.

9   **IT IS SO ORDERED.**

10  DATED: August 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE