AARON K. MCCLELLAN
Ca. State Bar No. 197185
THOMAS P. MAZZUCCO
Ca. State Bar No. 139758
HARLAN B. WATKINS
Ca. State Bar. No. 176458
**MURPHY PEARSON BRADLEY & FEENEY, P.C.**
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: amcclellan@mpbf.com
       tmazzucco@mpbf.com
       hwatkins@mpbf.com

ANDREW M. REIDY (*pro hac vice*)
CATHERINE J. SERAFIN (*pro hac vice*)
JEFFREY L. SCHULMAN (*pro hac vice*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
       serafinc@dicksteinshapiro.com
       schulmanj@dicksteinshapiro.com

Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific State Bank

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>　　　　　Defendants. | CASE NO. 2:12-cv-00713-MCE-CKD<br><br>Assigned to the<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING EX PARTE REQUEST FOR CONTINUANCE OF HEARING** |

- 1 -

1  Having considered the *ex parte* application of Defendant FEDERAL DEPOSIT INSURANCE
2  CORPORATION, AS RECEIVER FOR PACIFIC STATE BANK ("FDIC") to continue the hearing
3  on Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY's Motion for Summary
4  Judgment, and all related papers submitted to this Court, and upon a finding of good cause, IT IS
5  HEREBY ORDERED THAT:

6  The FDIC's *ex parte* application is GRANTED.  PROGRESSIVE CASUALTY INSURANCE
7  COMPANY's Motion for Summary Judgment (ECF No. 44) is DENIED without prejudice to refiling
8  after the Court renders a decision on Defendants' pending motions to dismiss or stay this action.

9  **IT IS SO ORDERED.**

10  DATED: August 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE