AARON K. McCLELLAN
Ca. State Bar No. 197185
THOMAS P. MAZZUCCO
Ca. State Bar No. 139758
JAMES F. MONAGLE
Ca. State Bar No. 236638
MURPHY PEARSON BRADLEY & FEENEY, P.C.
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: amcclellan@mpbf.com
       tmazzucco@mpbf.com
       jmonagle@mpbf.com

ANDREW M. REIDY (pro hac vice)
CATHERINE J. SERAFIN (pro hac vice)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
       serafinc@dicksteinshapiro.com

Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific State Bank

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>Defendants. | CASE NO. 2:12-cv-00713-MCE-CKD<br><br>Assigned to the<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING EX PARTE REQUEST FOR RELIEF FROM PAGE LIMITATIONS** |

1   Having considered the *ex parte* application of Defendant FEDERAL
2 DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE
3 BANK ("FDIC-R") for an order granting relief from the page limitation for its
4 opposition to Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY's
5 Motion for Summary Judgment, and all related papers submitted to this Court, and upon
6 a finding of good cause, IT IS HEREBY ORDERED THAT:

7   FDIC-R's *ex parte* application is GRANTED.  FDIC-R can file an opposition
8 to PROGRESSIVE CASUALTY INSURANCE COMPANY's Motion for Summary
9 Judgment up to, but no more than, twenty-five (25) pages in length.

10  **IT IS SO ORDERED.**
11 DATED:  March 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Proposed Order Granting Request For Relief From Page Limitations