1  AARON K. McCLELLAN
   Ca. State Bar No. 197185
2  THOMAS P. MAZZUCCO
   Ca. State Bar No. 139758
3  HARLAN B. WATKINS
   Ca. State Bar. No. 176458
4  **MURPHY PEARSON BRADLEY & FEENEY, P.C.**
5  88 Kearny Street, 10th Floor
   San Francisco, CA 94108
6  Telephone: (415) 788-1900
   Facsimile: (415) 393-8087
7  Email: amcclellan@mpbf.com
           tmazzucco@mpbf.com
8          hwatkins@mpbf.com

9  ANDREW M. REIDY
   CATHERINE J. SERAFIN
10 JEFFREY L. SCHULMAN
   (*pro hac applications to be submitted*)
11 **DICKSTEIN SHAPIRO LLP**
   1825 Eye Street NW
12 Washington, DC 20006
   Telephone: (202) 420-2200
13 Facsimile: (202) 420-2201
   Email: reidya@docksteinshapiro.com
14         serafinc@dicksteinshapiro.com
           schulmanj@dicksteinshapiro.com
15
   Attorneys for the Federal Deposit Insurance
16 Corporation as Receiver for Pacific State Bank

17 **UNITED STATES DISTRICT COURT**

18 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 PROGRESSIVE CASUALTY INSURANCE COMPANY, | CASE NO. 2:12-cv-00713-MCE-CKD |
| 20         Plaintiff, | Assigned to the Hon. Morrison C. England, Jr. |
| 21 v. | |
| 22 MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK, Defendants. | **STIPULATION TO CONTINUE HEARING DATE AND RELATED BRIEFING SCHEDULE FOR PROGRESSIVE CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS COUNTERCLAIM** |

IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. WHEREAS, Plaintiff and Counter-Defendant Progressive Casualty Insurance Company's Motion For Summary Judgment On Its Complaint And Motion To Dismiss, Or Alternatively For Summary Judgment On, The Counterclaim Of Steve Rosso [Dkt 63] is currently scheduled for hearing on April 4, 2013;

2. WHEREAS, all parties have agreed to continue the hearing date until May 2, 2013, and adjust the related briefing schedules such that Defendants and Counterclaimant Steve Rosso's Opposition filings would be due on March 28, 2013, and Progressive Casualty Insurance Company's Reply filings would be due on April 11, 2013;

THEREFORE, the Parties hereby stipulate:

(1) The hearing on Progressive Casualty Insurance Company's Motion For Summary Judgment On Its Complaint And Motion To Dismiss, Or Alternatively For Summary Judgment On The Counterclaim Of Steve Rosso will be heard on May 2, 2013.

(2) Defendants and Counterclaimant Steve Rosso's Opposition filings are due on or before March 28, 2013.

(3) Progressive Casualty Insurance Company's Reply filings are due on or before April 11, 2013.

**So Stipulated.**

DATED:  March 20, 2013             MURPHY PEARSON BRADLEY & FEENEY, P.C.

By  /s/ *Aaron K. McClellan*
Aaron K. McClellan
Murphy, Pearson, Bradley & Feeney, P.C.
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone:  415-788-1900
Facsimile:  415-393-8087
Email:  amcclellan@mpbf.com

|   |   |
|---|---|
|   | DICKSTEIN SHAPIRO LLP |
|   | Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific State Bank |
| DATED: March 20, 2013 | DIEPENBROCK ELKIN LLP |
|   | By  /s/ Eileen M. Diepenbrock<br>Eileen M. Diepenbrock<br>Attorneys for Plaintiff<br>Progressive Casualty Insurance Company |
| DATED: March 20, 2013 | THOMPSON, LOSS & JUDGE, LLP |
|   | By  /s/ Charles W. Chotvacs<br>Charles W. Chotvacs<br>Attorneys for Plaintiff<br>Progressive Casualty Insurance Company |
| DATED: March 20, 2013 | TISDALE & NICHOLSON, LLP |
|   | By  /s/ Kevin D, Hughes, Esq.<br>Kevin D. Hughes<br>Attorneys for Defendants Rick Simas, Linda Ogata, Michael Dalton, Maxwell Freeman, Harold Hand, Patricia Hatton, Steven Kikuchi, Yoshikazu Mataga, Russell Munson, and George Schofield |
| DATED: March 20, 2013 | LAW OFFICE OF KENNETH N. MELEYCO |
|   | By  /s/ Kenneth N. Meleyco<br>Kenneth N. Meleyco<br>Attorneys for Defendants Justin Garner, Gary Stewart, and Laura Maffei |
| DATED: March 20, 2013 | HAKEEM, ELLIS & MARENGO |
|   | By /s/ Adam A. Ramirez<br>Adam A. Ramirez<br>Attorneys for Defendant and Counterclaimant Steven Rosso |

///

///

1  DATED: March 20, 2013           LAW OFFICE OF MICHAEL F. BABITZKE

2
                                   By */s/ Michael F. Babitzke*
3                                     Michael F. Babitzke
                                      Attorneys for Kathleen Verner
4

5                                  **ORDER**

6  **IT IS SO ORDERED.**

7  DATED: March 27, 2013

8

9

10  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
11  UNITED STATES DISTRICT JUDGE