# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-00713-TLN-CKD<br><br>Assigned to the<br>Hon. Troy L. Nunley<br><br>**ORDER RE JOINT SUBMISSION OF ESI PROTOCOL** |

### ORDER

For good cause shown, and pursuant to the parties' agreement, it is ordered that each of the parties and their respective counsel shall be governed by the terms and conditions as outlined in the parties' Joint Submission of Proposed ESI Protocol concerning the production of ESI documents.

　　IT IS SO ORDERED.

Dated:  October 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE