1  Eileen M. Diepenbrock (SBN 119254)
   DIEPENBROCK ELKIN LLP
2  500 Capitol Mall, Suite 2200
   Sacramento, CA 95814
3  Telephone: (916) 492-5000
   Facsimile: (916) 446-2640
4  Email: emd@diepenbrock.com

5  Lewis K. Loss (*pro hac vice*)
   Jeffrey J. Ward (*pro hac vice*)
6  Charles W. Chotvacs (*pro hac vice*)
   LOSS, JUDGE & WARD, LLP
7  Two Lafayette Center
   1133 21st Street, N.W., Suite 450
8  Washington, D.C. 20036
   Telephone: (202) 778-4060
9  Facsimile: (202) 778-4099
   Email: lloss@ljwllp.com
10         jward@ljwllp.com
           cchotvacs@ljwllp.com
11
   Attorneys for Plaintiff
12 Progressive Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | Case No. 2:12-cv-00713-TLN-CKD |
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES** |
| v. | |
| MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORTION AS RECEIVER FOR PACIFIC STATE BANK, | Hon. Troy L. Nunley |
| Defendants. | |

- 1 -

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**

Plaintiff Progressive Casualty Insurance Company ("Progressive"), Defendant Federal Deposit Insurance Corporation as Receiver for Pacific State Bank (the "FDIC-R"), and Defendants Michael Dalton, Maxwell Freeman, Justin Garner, Harold Hand, Patricia Hatton, Laura Maffei, Yoshikazu Mataga, Russell Munson, Linda Ogata, Steve Rosso, George Schofield, Rick Simas, and Gary Stewart (the "Directors & Officers"),[1] hereby submit this stipulation and proposed order to extend by ninety (90) days the dates set forth in the Pretrial Scheduling Order (the "Scheduling Order") [Dkt. No. 100]:

This stipulation is made in the context of the following facts:

1. The Court's June 19, 2013 Scheduling Order sets the following dates for this matter:

| | |
|---|---|
| - Fact Discovery Deadline | March 14, 2014 |
| - Disclosure of Expert Witnesses | May 14, 2014 |
| - ADR Referral Deadline | August 27, 2014 |
| - Dispositive Motions Deadline | September 25, 2014 |
| - Joint Final Pretrial Conference Statement | October 30, 2014 |
| - Evidentiary and/or Procedural Motions | October 30, 2014 |
| - Oppositions | November 6, 2014 |
| - Replies | November 13, 2014 |
| - Trial Briefs | November 6, 2014 |
| - Final Pretrial Conference | November 20, 2014 at 2:00 p.m. |
| - Trial | January 26, 2015 at 9:00 a.m. |

2. The Scheduling Order provides that it may be modified by the Court upon a showing of good cause.

3. The parties are proceeding with discovery, depositions have taken place and more are scheduled as well as anticipated, and both Progressive and the FDIC-R have produced thousands of pages of hard-copy documents.

4. In furtherance of their discovery efforts, the parties submitted a joint proposed ESI protocol to govern the production of ESI documents, which the Court entered on October 1, 2013 [Dkt. No. 106].

5. Pursuant to the ESI protocol, the FDIC-R has requested that Progressive run

---

[1] The Parties note that Defendants Steven Kikuchi and Kathleen Verner recently passed away. Accordingly, they are not party to this stipulation.

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**

searches for potentially discoverable ESI documents in this matter.  The agreed-upon search terms resulted in a significant number of documents, and Progressive and the FDIC currently are discussing the manner in which these documents will be reviewed and produced in this matter.  These discussions are ongoing.

6. Given the parties' on-going ESI discovery efforts, the parties stipulate to and respectfully request entry of an order by the Court extending all Scheduling Order dates by 90 days, as proposed in the table below:

| | |
|---|---|
| **- Fact Discovery Deadline** | June 12, 2014 |
| **- Disclosure of Expert Witnesses** | August 12, 2014 |
| **- ADR Referral Deadline** | November 25, 2014 |
| **- Dispositive Motions Deadline** | December 24, 2014 |
| **- Joint Final Pretrial Conference Statement** | January 28, 2015 |
| **- Evidentiary and/or Procedural Motions** | January 28, 2015 |
| **- Oppositions** | February 4, 2015 |
| **- Replies** | February 11, 2015 |
| **- Trial Briefs** | February 4, 2015 |
| **- Final Pretrial Conference** | February 18, 2015 |
| **- Trial** | April 27, 2015 |

**So Stipulated.**

Dated: February 20, 2014                    DIEPENBROCK ELKIN LLP


By: /s/ Eileen M. Diepenbrock
    Eileen M. Diepenbrock


LOSS, JUDGE & WARD, LLP


By: /s/ Charles W. Chotvacs
    Lewis K. Loss
    Jeffrey W. Ward
    Charles W. Chotvacs

    Attorneys for Plaintiff
    Progressive Casualty Insurance Company

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**

| | | |
|---|---|---|
| 1 | Dated:  February 20, 2014 | MURPHY, PEARSON, BRADLEY & FEENEY, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Aaron K. McClellan |
| | |     Aaron K. McClellan |
| | |     Thomas P. Mazzucco |
| 5 | |     Harlan B. Watkins |
| 6 | | DICKSTEIN SHAPIRO LLP |

By:  /s/ Joseph M. Saka
    Andrew M. Reidy
    Catherine J. Serafin
    Jeffrey L. Schulman
    Joseph M. Saka

Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver for Pacific State Bank

Dated:  February 20, 2014   TISDALE & NICHOLSON, LLP

By:  /s/ Kevin D. Hughes
    Kevin D. Hughes
    Linda J. Kim

Attorneys for Defendants Michael Dalton, Maxwell Freeman, Harold Hand, Patricia Hatton, Yoshikazu Mataga, Russell Munson, Linda Ogata, George Schofield, and Rick Simas

Dated: February 20, 2014   LAW OFFICE OF KENNETH N. MELEYCO

By:  /s/ Kenneth N. Meleyco
    Kenneth N. Meleyco

LAW OFFICE OF STEVEN A. CLAIR

By:  /s/ Steven A. Clair
    Steven A. Clair

Attorneys for Defendants Justin Garner, Gary Stewart, and Laura Maffei

- 4 -

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**

| | | |
|---|---|---|
| 1 | Dated: February 20, 2014 | HAKEEM, ELLIS & MARENGO |

By:  /s/ Adam A. Ramirez
Albert M. Ellis
Adam A. Ramirez

Attorneys for Defendant Steve Rosso

**ORDER**

**IT IS SO ORDERED.**

Dated: February __, 2014

TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**

**IDENTIFICATION OF COUNSEL**

| *Counsel for Plaintiff Progressive Casualty Insurance Company* <br> Eileen M. Diepenbrock (SBN 119254) <br> DIEPENBROCK ELKIN LLP <br> 500 Capitol Mall, Suite 2200 <br> Sacramento, CA 95814 <br> Tel: (916) 492-5000 / Fax: (916) 446-2640 <br> Email: emd@diepenbrock.com <br><br> Lewis K. Loss (*pro hac vice*) <br> Jeffrey J. Ward (*pro hac vice*) <br> Charles W. Chotvacs (*pro hac vice*) <br> LOSS, JUDGE & WARD, LLP <br> Two Lafayette Center <br> 1133 21st Street, N.W., Suite 450 <br> Washington, D.C. 20036 <br> Tel: (202) 778-4060 / Fax: (202) 778-4099 <br> Email: lloss@ljwllp.com <br> jward@ljwllp.com <br> cchotvacs@ljwllp.com | *Counsel for Defendant Federal Deposit Insurance Corporation, as Receiver for Pacific State Bank* <br> Aaron K. McClellan (SBN 197185) <br> Thomas P. Mazzucco (SBN 139758) <br> Harlan B. Watkins (SBN 176458) <br> MURPHY, PEARSON, BRADLEY & FEENEY, P.C. <br> 88 Kearney Street, 10th Fl. <br> San Francisco, CA 94108 <br> Tel: (415) 788-1900 / Fax: (415) 393-8087 <br> Email: amcclellan@mpbf.com <br> tmazzucco@mpbf.com <br> hwatkins@mpbf.com <br><br> Andrew M. Reidy (*pro hac vice*) <br> Catherine J. Serafin (*pro hac vice*) <br> Jeffrey L. Schulman (*pro hac vice*) <br> Joseph M. Saka (*pro hac vice*) <br> DICKSTEIN SHAPIRO LLP <br> 1825 Eye Street, N.W. <br> Washington, D.C. 20006 <br> Tel: (202) 420-2200 / Fax: (202) 420-2201 <br> Email: reidya@dicksteinshapiro.com <br> sefafinc@dicksteinshapiro.com <br> schulmanj@dicksteinshapiro.com <br> sakaj@dicksteinshapiro.com |
|---|---|
| *Counsel for Defendants Michael Dalton, Maxwell Freeman, Harold Hand, Patricia Hatton, Yoshikazu Mataga, Russell Munson, Linda Ogata, George Schofield, & Rick Simas* <br> Kevin D. Hughes (SBN 188749) <br> Linda J. Kim (SBN 181122) <br> TISDALE & NICHOLSON, LLP <br> 2029 Century Park East, Suite 900 <br> Los Angeles, CA 90067 <br> Tel: (310) 286-1260 / Fax: (310) 286-2351 <br> Email: KHughes@T-NLaw.com <br> LKim@T-NLaw.com | *Counsel for Defendants Justin Garner, Gary Stewart, & Laura Maffei* <br> Kenneth N. Meleyco (SBN 57785) <br> LAW OFFICE OF KENNETH N. MELEYCO <br> 2155 West March Lane, Suite 1-C <br> Stockton, CA 95207 <br> Tel: (209) 476-0851 / Fax: (209) 476-9429 <br> Email: kmeleyco@sbcglobal.net <br><br> Steven A. Clair (SBN 111450) <br> LAW OFFICE OF STEVEN A. CLAIR <br> 2155 West March Lane, Suite 1-C <br> Stockton, CA 95207 <br> Tel: (209) 476-0851 / Fax: (209) 476-9429 <br> E-mail: steve@clairlaw.com |
| *Counsel for Defendant Steve Rosso* <br> Albert M. Ellis (SBN 79996) <br> Adam M. Ramirez (SBN 251064) <br> HAKEEM, ELLIS & MARENGO <br> 3414 Brookside Road, Suite 100 <br> Stockton, CA 95219 <br> Tel: (209) 474-2800 / Fax: (209) 474-3654 <br> Email: aellis@hemlaw.com <br> aramirez@hamlaw.com | |

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND SCHEDULING ORDER DATES**