AARON K. McCLELLAN (Ca. SBN 197185)
THOMAS P. MAZZUCCO (Ca. SBN 139758)
HARLAN B. WATKINS (Ca. SBN 176458)
**MURPHY PEARSON BRADLEY & FEENEY, P.C.**
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: amcclellan@mpbf.com
　　　　tmazzucco@mpbf.com
　　　　hwatkins@mpbf.com

ANDREW M. REIDY (*pro hac vice*)
CATHERINE J. SERAFIN (*pro hac vice*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: reidya@dicksteinshapiro.com
　　　　serafinc@dicksteinshapiro.com

Attorneys for the Federal Deposit Insurance
Corporation as Receiver for Pacific State Bank

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,**<br><br>　　　　**Defendants.** | CASE NO. 2:12-cv-00713-TLN-CKD<br><br>Assigned to the<br>Hon. Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK'S MOTION TO COMPEL PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY TO PRODUCE ESI AND TO COMPLY WITH THE ESI ORDER AND TO EXTEND SCHEDULING ORDER DATES** |

Now come Plaintiff Progressive Casualty Insurance Company ("Progressive"), Defendant Federal Deposit Insurance Corporation as Receiver for Pacific State Bank ("FDIC-R"), and Defendants Michael L. Dalton, Harold Hand, Kathleen M. Verner, Patricia A. Hatton, Maxwell M. Freeman, Yoshikazu Mataga, George M. Schofield, Rick Simas, Gary A. Stewart, Russell Munson, Steven Kikuchi, Steve Rosso, Justin Garner, Laura Maffei, and Linda Ogato (the "Ds & Os" and together with Progressive and FDIC-R, the "Parties"), by and through their undersigned counsel, and hereby stipulate as follows:

On May 14, 2014, FDIC-R filed a Motion to Compel Plaintiff Progressive Casualty Insurance Company to Produce ESI and to Comply with the ESI Order. (Docket Entry ("DE") 109). As a result of subsequent discussions between Progressive and FDIC-R and subsequent developments in other matters involving similar issues, the Parties stipulate as follows:

1. Progressive shall have until June 2, 2014, to produce the 565,000 "hit" documents culled from the use of the search terms in this and four other cases[1] to FDIC-R subject to the clawback provisions of Fed. R. Civ. Pro. 26(b)(5)(B), Fed. R. Evid. 502(d), and the Court's existing ESI protocol.

2. Progressive may apply privilege filters to the 565,000 documents and withhold documents identified as more likely privileged as a result of application of privilege filters. However, Progressive shall serve FDIC-R with a privileged document log which fully complies with Rule 26(b)(5)(A) for any documents withheld or redacted on the basis of privilege. Progressive shall produce the first privilege log for one-third of the total documents withheld or redacted by June 19, 2014, the second privilege log by July 17, 2014, and the final privilege log by August 14, 2014.

3. FDIC-R withdraws its Motion to Compel Plaintiff Progressive Casualty Insurance Company to Produce ESI and to Comply with the ESI Order (DE 109) without prejudice to FDIC-R's

---

[1] The other four cases are *Progressive Cas. Ins. Co. v. FDIC as Receiver for Omni National Bank*, No. 1:12-cv-01103-RLV (N.D. Ga.); *Progressive Cas. Ins. Co. v. FDIC as Receiver for Vantus Bank*, No. 5:12-cv-04041-DEO (N.D. Iowa); *Progressive Cas. Ins. Co. v. Delaney, et al.*, No. 2:11-cv-00678-LRH-PAL (D. Nev.) (involving FDIC as Receiver for Sun West Bank); and *Progressive Cas. Ins. Co. v. FDIC as Receiver for Silver State Bank*, No. 2:12-cv-00665-RLH-PAL (D. Nev.).

right to raise any issues regarding the sufficiency of Progressive's production or its compliance with this Stipulation.[2]

4. The Amended Scheduling Order (DE 108) provides that the schedule may be modified upon a showing of "good cause." Good cause exists in order to allow adequate time to complete the ESI review and production as set forth above and other discovery. The Parties therefore stipulate to the following modification of the current schedule:

| Item | Current Deadline | Proposed Extension |
|---|---|---|
| Close of Fact Discovery | June 12, 2014 | September 30, 2014 |
| Expert Disclosures | August 12, 2014 | September 30, 2014 |
| Rebuttal Expert Disclosures | September 9, 2014 | October 28, 2014 |
| Dispositive Motions Hearing | December 24, 2014 | January 15, 2015 |

The parties propose no change to the remaining deadlines, including the pretrial deadlines and trial date.

5. The parties respectfully request that the Court enter an order to this effect.

Dated: May 30, 2014                    MURPHY PEARSON BRADLEY & FEENEY, P.C.

                                       By  /s/ Aaron K. McClellan
                                           Aaron K. McClellan
                                           Murphy, Pearson, Bradley & Feeney, P.C.
                                           88 Kearny Street, 10th Floor
                                           San Francisco, CA 94108
                                           Telephone: 415-788-1900
                                           Facsimile: 415-393-8087
                                           Email: amcclellan@mpbf.com


                                       DICKSTEIN SHAPIRO LLP


                                       By  /s/ Catherine J. Serafin (as approved on 5-30-14)
                                           Catherine J. Serafin (*pro hac vice*)
                                           Andrew M. Reidy (*pro hac vice*)
                                           1825 Eye Street NW

---

[2] Progressive's amenability to this stipulation is due to a recent order entered by the court in the action captioned *Progressive Casualty Insurance Co. v. Delaney, et al.*, No. 2:11-cv-00678-LRH-PAL (D. Nev.) (attached as Exhibit 1), addressing Progressive's review and production of ESI in that matter.

Washington, DC 20006
Telephone:(202) 420-2200
Facsimile: (202) 420-2201
Email:     reidya@dicksteinshapiro.com
           serafinc@dicksteinshapiro.com

Attorneys for the Federal Deposit Insurance
Corporation as Receiver for Pacific State Bank

| | |
|---|---|
| DIEPENBROCK ELKIN LLP | TISDALE & NICHOLSON, LLP |

By */s/ Eileen M. Diepnbrock ( as approved on 5-30-14)*
    Eileen M. Diepenbrock (SBN 119254)
    500 Capitol Mall, Suite 2200
    Sacramento, CA 95814
    Telephone:916-492-5000
    Facsimile: 916-446-2640
    Email:   emd@diepenbrock.com

LOSS, JUDGE & WARD, LLP

By */s/ Charles Chotvacs (as approved on 5-30-14)*
    Lewis K. Loss (*pro hac vice*)
    Charles W. Chotvacs (*pro hac vice*)
    Matthew J. Dendinger (*pro hac vice* pending)
    Two Lafayette Centre
    1133 21st St., NW, Suite 450
    Washington, DC 20036
    Telephone:202-778-4060
    Facsimile: 202-778-4099
    Email:   lloss@ljwllp.com
               cchotvacs@ljwllp.com
               mdendinger@ljwllp.com

Attorneys for Progressive Casualty Insurance Co.

LAW OFFICE OF KENNETH M. MELEYCO

By */s/ Kenneth Meleyco (as approved on 5-30-14)*
    Kenneth N. Meleyco (SBN 57785)
    2155 West March Lane, Suite 1-C
    Stockton, CA 95207
    Telephone:209-476-0851
    Facsimile: 209-476-9429
    Email:   kmeleyco@sbcglobal.com

LAW OFFICE OF STEVEN A. CLAIR

By */s/ Steven A. Clair (as approved on 5-30-14)*
    Steven A. Clair (SBN 111450)
    2155 West March Lane, Suite 1-C
    Stockton, CA 95207
    Telephone:209-476-0851
    Facsimile: 209-476-9429
    Email:   steve@clairlaw.com

Attorneys for Defendants Justin Garner, Gary Stewart, and Laura Maffei

---

By */s/ Kevin D. Hughes (as approved on 5-30-14)*
    Kevin D. Hughes (SBN 188749)
    Linda J. Kim (SBN 181122)
    2029 Century Park East, Suite 900
    Los Angeles, CA 90067
    Telephone: 310-286-1260
    Facsimile: 310-286-2351
    Email:   KHughes@T-NLaw.com
               LKim@T-NLaw.com

Attorneys for Defendants Michael Dalton, Maxwell Freeman, Harold Hand, Patricia Hatton, Yoshikazu Mataga, Russell Munson, Linda Ogata, George Schofield, and Rick Simas

HAKEEM, ELLIS & MARENGO

By */s/ Adam A. Ramirez (as approved on 5-30-14)*
    Albert M. Ellis (SBN 79996)
    Adam A. Ramirez (SBN 251064)
    3414 Brookside Road, Suite 100
    Stockton, CA 95219
    Telephone: 209-474-2800
    Facsimile: 209-474-2654
    Email:   aellis@hemlaw.com
               aramierez@hemlaw.com

Attorneys for Defendant Steve Rosso

**ORDER**

**IT IS SO ORDERED.**

Dated: June 9, 2014

Troy L. Nunley
United States District Judge