UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | No.  2:12-cv-0713 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL DALTON, et al., | |
| Defendants. | |

Plaintiff has filed an <u>ex parte</u> application requesting certain modifications to the order entered June 10, 2014 governing Progressive's review and production of electronically stored information.  Upon review of the application, IT IS HEREBY ORDERED that:

1. Progressive shall produce by June 19, 2014 documents contained in the first one-third of the documents retrieved by privilege filters that are not designated as privileged or work-product, subject to the claw back provisions of Federal Rule of Civil Procedure 26(b)(5)(B), Federal Rule of Evidence 502(d), and the Court's existing ESI protocol.  Progressive shall produce by June 23, 2014 documents in the first one-third containing redactions, also subject to these same claw back provisions.

/////

/////

1

    2. Progressive shall produce by June 26, 2014 the privilege log with respect to all documents in the first one-third withheld or redacted as privileged or work-product.

    3. Opposition, if any, to the remainder of plaintiff's ex parte application shall be filed no later than June 23, 2014. The matter shall thereafter stand submitted.

Dated: June 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 progressive.ost