UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | No. 2:12-cv-0713 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL DALTON, et al., | |
| Defendants. | |

Plaintiff's <u>ex parte</u> application requesting certain modifications to the order entered June 10, 2014 governing Progressive's review and production of electronically stored information is pending before the court. Opposition has been filed. Upon review of the application and opposition, and good cause appearing, IT IS HEREBY ORDERED that:

The motion to alter or amend (ECF No. 116) the June 10, 2014 order is denied. Pursuant to FDIC-R's non-opposition to Progressive's motion to withhold "XL" documents that relate

/////
/////
/////
/////
/////

1

solely to XL's business, said documents need not be produced. See ECF No. 118 at 7:23-25, n. 11. Plaintiff is cautioned that failure to abide by its discovery obligations will result in the imposition of sanctions.

Dated: June 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 progressive.ufb