**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>MICHAEL L. DALTON, HAROLD HAND, KATHLEEN M. VERNER, PATRICIA A. HATTON, MAXWELL M. FREEMAN, YOSHIKAZU MATAGA, GEORGE M. SCHOFIELD, RICK SIMAS, GARY A. STEWART, RUSSELL MUNSON, STEVEN KIKUCHI, STEVE ROSSO, JUSTIN GARNER, LAURA MAFFEI, LINDA OGATO and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK,<br><br>**Defendants.** | CASE NO. 2:12-cv-00713-TLN-CKD<br><br>Referred to the<br>Hon. Carolyn K. Delaney<br><br>**ORDER ON DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK'S REQUEST TO SEAL DOCUMENTS** |

**[PROPOSED] ORDER**

IT IS SO ORDERED on this 25th day of June, 2014, that Exhibits C-G to Federal Deposit Insurance Corporation as Receiver for Pacific State Bank's June 23, 2014 Opposition to Progressive Casualty Insurance Company's Combined Ex Parte Motion to Alter or Amend and for Extension of Time shall be sealed.

Dated: June 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER ON DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC STATE BANK'S REQUEST TO SEAL DOCUMENTS

CASE NO. 2:12-cv-00713-TLN-CKD