1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PROGRESSIVE CASUALTY                        No.  2:12-cv-713 TLN CKD
      INSURANCE COMPANY,

12
                      Plaintiff,
13                                                 ORDER

              v.
14
      MICHAEL DALTON, et al.,
15
                      Defendants.
16

17

18        Plaintiff has noticed for hearing on August 13, 2014 a motion for protective order.

19    Plaintiff requests that the motion be heard telephonically on shortened time on August 6, 2014.

20    Upon review of the request and the parties' stipulation, the court has determined plaintiff has

21    failed to demonstrate good cause to hear the motion on shortened time.  Accordingly, plaintiff's

22    request for an order shortening time (ECF No. 126) is denied.

23    Dated:  July 29, 2014

24                                                 _____
                                                   CAROLYN K. DELANEY
25                                                 UNITED STATES MAGISTRATE JUDGE

26

27    4 progressive.ost.den

28